```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 09228
   TERESA A QUARLES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0593


-------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     The case was filed on 08/01/2006 and was confirmed 11/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/30/2007.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------
CORUS BANK                 CURRENT MORTG        .00            .00            .00
CORUS BANK                 MORTGAGE ARRE     700.00            .00         207.96
WELLS FARGO BANK           CURRENT MORTG        .00            .00            .00
WELLS FARGO BANK           MORTGAGE ARRE   18219.03            .00        5412.61
ILLINOIS DEPT OF REVENUE   SECURED         1000.00            .00         266.64
INTERNAL REVENUE SERVICE   SECURED             .00            .00            .00
COOK COUNTY TREASURER      SECURED NOT I      .00            .00            .00
CITY OF ROLLING MEADOWS    PRIORITY        2310.00            .00            .00
CHASE BANK N A             NOTICE ONLY   NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSEC W/INTER NOT FILED            .00            .00
DISCOVER CARD              NOTICE ONLY   NOT FILED            .00            .00
DISCOVER CARD              NOTICE ONLY   NOT FILED            .00            .00
EDDIE BAUER                UNSEC W/INTER NOT FILED            .00            .00
GREAT SENECA FINANCIAL C   UNSEC W/INTER NOT FILED            .00            .00
MARSHALL FIELDS            NOTICE ONLY   NOT FILED            .00            .00
NICOR GAS                  UNSEC W/INTER NOT FILED            .00            .00
PREMIER CREDIT UNION       NOTICE ONLY   NOT FILED            .00            .00
PREMIER CREDIT UNION       NOTICE ONLY   NOT FILED            .00            .00
RNB-FIELDS3                NOTICE ONLY   NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSEC W/INTER NOT FILED            .00            .00
NATIONAL PAYMENT CENTER    UNSEC W/INTER  37550.23            .00            .00
US DEPT OF ED              UNSEC W/INTER NOT FILED            .00            .00
US DEPT OF EDUCATION       NOTICE ONLY   NOT FILED            .00            .00
US DEPT OF EDUCATION       NOTICE ONLY   NOT FILED            .00            .00
VICTORIAS SECRET           NOTICE ONLY   NOT FILED            .00            .00
WELLS FARGO BANK NA        NOTICE ONLY   NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        5727.44            .00            .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER   6540.98            .00            .00
ROBERT V SCHALLER ^        DEBTOR ATTY    1,500.00                       1,500.00
TOM VAUGHN                 TRUSTEE                                         439.31
DEBTOR REFUND              REFUND                                        2,395.13


                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 09228 TERESA A QUARLES
```

Summary of Receipts and Disbursements:

```
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 10,221.65

PRIORITY                                                 .00
SECURED                                             5,887.21
UNSECURED                                                .00
ADMINISTRATIVE                                      1,500.00
TRUSTEE COMPENSATION                                  439.31
DEBTOR REFUND                                       2,395.13
                        ---------------         ---------------
TOTALS                  10,221.65                  10,221.65
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/04/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE